UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

IN RE: : CHAPTER 13
MICHAEL J. PETRELLA : CASE NO. 19-21275-JJT
: June 12, 2025
Debtor(s)

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Fed. Bankr. Rule 3002.1(f), the Trustee files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:** SN SERVICING CORPORATION. **Court Claim No.** 007

**Last four digits** of any number used to identify the debtor's account: 6320.

| **Final Cure Amount** | **Amount of Prepetition Mortgage Arrearage** $27,307.69 <br><br> Amount Paid by Trustee $27,307.69 |
|---|---|
| **Monthly ongoing Mortgage Payment** <br> Mortgage is paid directly by the debtor | Yes X           No |

    Within 21 days of the service of this Notice, the creditor must file and serve on the debtor, debtor's counsel and the trustee, a statement as required under Fed. Bankr. Rule 3002.1(g), indicating whether it agrees that the debtor has paid in full the amount required to cure the default and whether, consistent with Sec. 1322(b)(5) the debtor is otherwise current on all payments. The statement should itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.

Dated: June 12, 2025

/s/ *Roberta Napolitano, Trustee*
Roberta Napolitano, Trustee
Chapter 13 Standing Trustee
10 Columbus Blvd., 6th Floor
Hartford, CT 06106 Tel: (860) 278-9410
Email: rnapolitano@ch13rn.com
Federal Bar No.: tr08378

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| MICHAEL J. PETRELLA | : CASE NO. 19-21275-JJT |
| | : June 12, 2025 |
| Debtor(s) | |

## TRUSTEE'S CERTIFICATE OF SERVICE

     I, Roberta Napolitano, Chapter 13 Trustee of the within estate, do hereby certify that on June 12, 2025, I caused one copy of the within Notice of Final Cure Payment and Completion of Plan Payments to be served by either the court's electronic noticing system or by United States Mail, Postage Prepaid, on the following:

MICHAEL J. PETRELLA
306 BRIMFIELD ROAD
WETHERSFIELD, CT 06109

Served electronically:
ATTORNEY FOR THE DEBTOR(S): NEIL CRANE, ESQ.: Neilecf@neilcranelaw.com.

SN SERVICING
CORPORATION
323 FIFTH STREET
EUREKA, CA 95501

     /s/ *Roberta Napolitano*
     Roberta Napolitano
     Chapter 13 Standing Trustee
     10 Columbus Blvd., 6th Floor
     Hartford, CT 06106
     Tel: (860) 278-9410
     Email: rnapolitano@ch13rn.com
     Federal Bar No.: tr08378